Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**RECEIVED**
**JUL 20 2022**
**BY MAIL**

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

Case No. _____
(to be filled in by the Clerk's Office)

Plaintiff(s): Aaron Edwards

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Defendant(s): Sangamon County Sheriffs Detention Facility Dept jail, All County court Judges in the Public Defender Williams Nig, the Governer of Ill S.B- Donald Trump - Mary Miller, Jack Cambell Lynn evan's Ferro, Branty Summer, Keelo Commissary network, 3004 for Sangamon County Sheriff, Megan McArthy, the Attorney General Sworn for at extended stay of America - the person who run the Sangamon County jail

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Aaron Edwards
All other names by which you have been known:
ID Number: 46352
Current Institution Address: One Sheriff's Plaza
Springfield, Ill 62701

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Jack Campbell - Donald Trump - Mary Miller
Job or Title: Governor of Illinois - JB
Shield Number:
Employer: Court Judge of Sangamon County in my public Defender William VA
Address: Springfield, Ill 62701
☐ Individual capacity   ☐ Official capacity

Defendant No. 2
Name: My Attorney General Lynn Evans, Ferro, Bryant, Summer
Job or Title: until the person who is running the Sangamon County Detention jail
Shield Number:
Employer:
Address: Springfield, Ill 62701
☐ Individual capacity   ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: Keefe Commissary network 3001 for Sangamon county Sheriff's jail.
Job or Title (if known):
Shield Number:
Employer:
Address: One Sheriff's Plaza
Springfield ILL 62701
City / State / Zip Code

☐ Individual capacity   ☐ Official capacity

Defendant No. 4
Name: Sangamon County Sheriff's Medical Department
Job or Title (if known): Springfield United States
Shield Number: District Court in Illinois
Employer:
Address: One Sheriff's Plaza
Springfield ILL 62701
City / State / Zip Code

☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

They wrongfully locked me up from my job at extended stay of America because they discriminated against me because I'm a Black man from mississippi and because the color of my skin And my race, the county jail have People Black sleeping on the floors in the cow/county jail Keefe Commissary are over charging people

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? the governor of Illinois - JB + Donald Trump And Miller + my court Super and my Public Defender William Vig - my Attorney General. + my cases are have people killed in this county jail And they have tryed to kill me to in their jail. on ga

Jao county jail are beating and killing most every day.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. All the people in my case are all white and races people from the Governor J.B to Donald Trump to Mary Miller to my Judge to my Public Defender William Vig to my Attorney General in my case are having people killed in this jail.

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose. They wrongful lock me up from my Job Extended Stay of America because they discriminated against me because I'm a Black man from Mississippi and because of my Black race and color.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose. When I got to jail they had me sleeping on the floor like a slave in the county jail keep commissary network over charge inmates too much money for the items on the commessary the Governor JB and Donald trump mary miller and they court Judge + Public Defender william vig in my Attorney General Archanik killed

C. What date and approximate time did the events giving rise to your claim(s) occur?

3-3-2022 And 3-8-2022 because I was wrongful discharge from my employment because my general manager Ben sister Monica And the maintenance man Barn was having sex in my room 116 when I was living in the room.

D. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

I was fired from my Job on my day off because of Ben sister Monica the Sale manager was having sex in my room with Baron and because I'm a Black man from Mississippi and because of the color of my skin in I was called A nigger and Attacked by Ben the general manager at Extended Stay of America

V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Ben hit my with his army Ring in my left eye And give me A Black eye and Broke my tooth on the right side of my mouth I will send a copy of the jail medical charg sheet and I had to Sleep on the floor in the jail when I was and my back hurt because of it to and my neck to.

VI. Relief

State briefly what you want the court to do for you. Make no legal argument. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I would like the court to Sue for $ trillion dollar's for wrongful being lock up sleeping on floor's been beat up by my general manager Ben with his Army Ring with Black eye Broken tooth on the Bottom of my right side of my mouth my Job did not pay me for 3 months me being the Assignt Genrd Manager at Extended Stay of America call nigger by my general manager Ben And the govenor SB + Donald trump Mary Miller And Springfield Police led me up and tryed to kill me aswell. ?????

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Sangamon County jail

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

All

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

Sangamon Country jail

2. What did you claim in your grievance? that I was Attacked by my general manager Ben And beating up by Tim and called a nigger and that he wouldnt let me get any of my thing out of my room I was living in AT 116 W Extended Stay of America

3. What was the result, if any? fired me. told me they was not the court Room and they couldnt help me out

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

I told my lawyer about it William K.g

F. If you did not file a grievance: I did

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: I did

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I will do so.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1. Parties to the previous lawsuit   N/A
   Plaintiff(s)
   Defendant(s)

2. Court (if federal court, name the district; if state court, name the county and State)

3. Docket or index number   N/A

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit   N/A

6. Is the case still pending?
   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition.

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

   N/A

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _N/A_
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _N/A_

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit _N/A_

   _____

6. Is the case still pending?

   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _N/A_

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: July 16 2022

Signature of Plaintiff: Aaron Edwards
Printed Name of Plaintiff: Aaron Edwards
Prison Identification #: 46352
Prison Address: One Sheriff's
Springfield, Ill 62701
City / State / Zip Code

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City / State / Zip Code
Telephone Number: _____
E-mail Address: _____